No. 97-1475. YADAV ET AL. *v.* WEST WINDSOR TOWNSHIP. C. A. 3d Cir. Certiorari denied.

No. 97-1476. RICHARDSON *v.* DISTRICT OF COLUMBIA COURT OF APPEALS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 97-1480. PRO-FOOTBALL, INC., DBA THE WASHINGTON REDSKINS *v.* HARTFORD ACCIDENT & INDEMNITY CO. C. A. D. C. Cir. Certiorari denied.

No. 97-1482. CASE FARMS OF NORTH CAROLINA, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied.

No. 97-1490. ESTATE OF GORDON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97-1492. WATSON *v.* PACE WEST DIVISION, SUBDIVISION OF THE REGIONAL TRANSPORTATION AUTHORITY. C. A. 7th Cir. Certiorari denied.

No. 97-1494. GREB ET AL. *v.* GENERAL MOTORS CORP. C. A. 6th Cir. Certiorari denied.

No. 97-1498. POWELL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 97-1499. LUSK *v.* FEDERAL ADJUSTMENT BUREAU, INC. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 97-1500. JOYCE *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 97-1502. SCHLEI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97-1504. THOMPSON *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 97-1505. CORNISH *v.* COURT OF APPEALS OF MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 97-1506. SEALED APPELLEE *v.* SEALED APPELLANT. C. A. 5th Cir. Certiorari denied.